**Jasmin K. WHITE, Plaintiff-Appellant,**

v.

**SACRED HEART HEALTH SYSTEMS, INC., Defendant-Appellee.**

No. 16-17077

United States Court of Appeals, Eleventh Circuit.

(January 3, 2018)

Gerald Cunningham, Law Office of Gerald Cunningham, Pensacola Beach, FL, for Plaintiff-Appellant

Erick M. Drlicka, Sarah Kay Carpenter, Cecily Marie Parker, Emmanuel Sheppard & Condon, PA, Pensacola, FL, for Defendant-Appellee

Before TJOFLAT and JULIE CARNES, Circuit Judges, and BLOOM,* District Judge.

PER CURIAM:

At the conclusion of a bench trial, the District Court dismissed the plaintiff's claim that the defendant retaliated against her for engaging in protected activity in violation of Title VII. The Court dismissed the claim because the plaintiff failed to establish that she had engaged in protect-

* Honorable Beth Bloom, United States District Judge for the Southern District of Florida, sitting by designation.

ed activity. We find no error in the Court's ruling and accordingly affirm its judgment.

**AFFIRMED.**